**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EKATERINA OSSIPOVA, on behalf of herself
and all others similarly situated,
                       Plaintiff,

-against-

PIONEER CREDIT RECOVERY, INC., and
JOHN DOES 1-25,
                       Defendants.
-----------------------------------------------------------X



18 CIVIL 11015 (GHW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 11, 2019, because Pioneer's collection letter does not contain any false, misleading, or deceptive representations, and because the MPN is not ambiguous, Defendant's motion to dismiss is GRANTED and Plaintiff's complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         December 12, 2019

                                            **RUBY J. KRAJICK**
                                            Clerk of Court

               **BY:**
                                              **Deputy Clerk**